# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00699-CV

**Ron Clark Ford, Inc., Appellant**

**v.**

**Motor Vehicle Board, Texas Department of Transportation
and Ford Motor Company, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. GN-200537, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On March 10, 2003, appellant filed an unopposed motion to dismiss this cause with prejudice. The parties have informed this Court that they have settled their dispute. We will grant appellant=s motion; the appeal is dismissed with prejudice.

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant=s Motion

Filed:   March 20, 2003